IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHLOMO Y. HECHT, | |
| Plaintiff/Counterclaim Defendant | |
| vs. | |
| BABYAGE.COM, INC., | NO. 3:10-CV-00724-JMM |
| Defendant/Counterclaim Plaintiff | |
| and | |
| JACK KIEFER and JOSEPH SPONHOLZ, | |
| Defendants | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** to by the parties, through their undersigned counsel, that all claims and counterclaims between the parties are hereby withdrawn ***with prejudice***.

Respectfully submitted:

Dyller Law Firm

/s/ *Barry H. Dyller, Esquire*
Barry H. Dyller, Esquire
88 North Franklin Street
Wilkes-Barre, PA 18701
(570) 829-4860 ext 203
Counsel for Shlomo Y. Hecht

Rosenn, Jenkins & Greenwald, LLP

/s/ *James C. Oschal, Esquire*
James C. Oschal, Esquire
15 South Franklin Street
Wilkes-Barre, PA 18711-0075
(570) 826-5621
Counsel for Babyage.com, Inc.

**(SIGNATURES CONTINUED ON NEXT PAGE)**

| | |
|---|---|
| Morgan, Lewis & Bockius LLP | Stevens & Lee |
| /s/ *Michael J. Ossip, Esquire* | /s/ *James C. Schwartzman, Esquire* |
| Michael J. Ossip, Esquire, | James C. Schwartzman, Esquire |
| 1701 Market Street | 1818 Market Street, 29th Floor |
| Philadelphia, PA 19103-2921 | Philadelphia, PA 19103 |
| (215) 963-5761 | (215) 751-2863 |
| Counsel for Jack Kiefer | Counsel for Joseph Sponholz |

SO ORDERED THIS
___11th___ day of October, 2011,

_____
The Honorable James M. Munley
U.S. District Court Judge for the
Middle District of Pennsylvania